## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GENE GERDES and ALICE GERDES, | ) ) ) | |
| Plaintiffs, | ) ) | 7:06CV5002 |
| vs. | ) ) | ORDER |
| MILDRED KITTELMANN, RANDY KITTELMANN, MONTE KITTELMANN and BRUCE KITTELMANN, | ) ) ) ) ) | |
| Defendants. | ) | |

The records of the court show that on January 23, 2006, a letter (Filing No. 4) was sent to:

> **Norman W. Higley**
> **PO Box 370**
> **Parker, CO 80134**

from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen days. As of the close of business on February 27, 2006, said attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **March 16, 2006**, attorney Norman W. Higley shall register for the System or show cause by written affidavit why he cannot comply with the procedures of this court.

DATED this 28th day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge