IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GENE GERDES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 7:06CV5002 |
| vs. ) | |
| ) | ORDER |
| MILDRED KITTELMANN, et al., ) | |
| ) | |
| Defendants. ) | |

On the court's own motion, the telephone planning conference previously set for August 28, 2006, at 11:00 a.m. is cancelled and is **rescheduled for August 30, 2006, at 11:00 a.m.** before the undersigned magistrate judge. Plaintiffs' counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 7th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge