# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GENE GERDES, et al.,** | ) | |
| Plaintiffs, | ) ) ) | **7:06CV5002** |
| v. | ) ) | **ORDER** |
| **MILDRED KITTELMANN, et al.,** | ) ) | |
| Defendants. | ) | |

Upon notice of settlement following a mediation session given to the magistrate judge on November 17, 2006 by Kathy Griess, Operations Administrator, U.S. District Court - Nebraska,

**IT IS ORDERED that:**

1.    The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before December 8, 2006**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2.    Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 17th day of November, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge