IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GENE GERDES and ALICE GERDES, | ) | |
| | ) | |
| Plaintiffs, | ) | 7:06CV5002 |
| | ) | |
| v. | ) | |
| | ) | |
| MILDRED KITTELMANN, RANDY KITTELMANN, MONTE KITTELMANN, and BRUCE KITTELMANN, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court sua sponte. The court supplements its previous order of nominated special masters (Filing No. 37) to include Mr. Mattoon's partner, Donald J. B. Miller. The nominated special masters are:

1. Michael F. Kinney
   Cassem, Tierney, Adams. Gotch & Douglas
   8805 Indian Hills Drive, #300
   Omaha, NE 68114-4070

2. Steven F. Mattoon or
   Donald J. B. Miller
   Matzke, Mattoon & Miller
   907 Jackson St.
   P.O. 316
   Sidney, NE 69162-0316

3. Howard Olsen, Jr.
   Simmons, Olsen Law Firm, P.C.
   1502 2nd Ave.
   Scottsbluff, NE 69361-3174

DATED this 10th day of March, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge