IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GENE GERDES, and ALICE GERDES, | ) | |
| | ) | |
| Plaintiffs, | ) | 7:06CV5002 |
| | ) | |
| v. | ) | |
| | ) | |
| MILDRED KITTELMANN, RANDY KITTELMANN, MONTE KITTELMANN, and BRUCE KITTELMANN, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

Howard Olsen, Jr., has been appointed special master in this case. Filing No. 41. The court finds Special Master Olsen should be granted an exemption from fees imposed by the Judicial Conference's Electronic Public Access fee schedule. This exemption applies only to the electronic case files of this court that are available through the PACER system.

Special Master Olsen's exemption applies only to electronic access to case files in this case. Special Master Olsen agrees that he will not transfer or sell for profit the data obtained as the result of a fee exemption.

This exemption is valid for the duration of this case and during any appeal, but the court may revoke Special Master Olsen's exemption at any time.

The clerk's office is directed to send a copy of this order to the PACER Service Center in San Antonio, Texas, so that Special Master Olsen is not billed for PACER fees.

SO ORDERED.

DATED this 31st day of March, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge