IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GENE GERDES and ALICE GERDES, | ) | |
| | ) | |
| Plaintiffs, | ) | 7:06CV5002 |
| | ) | |
| v. | ) | |
| | ) | |
| MILDRED KITTELMANN, RANDY KITTELMANN, MONTE KITTELMANN, and BRUCE KITTELMANN, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court following receipt of the report of the special master, Howard Olsen. Filing No. 43 and Filing No. 44. The court has reviewed the report and will allow the parties to respond to the report and to make suggestions as to how the court should proceed in this matter. Accordingly,

IT IS ORDERED that the parties have fourteen days (14 days) from the date of this order to respond to the report of Mr. Olsen and to make suggestions as to how the court should proceed in this matter.

DATED this 23rd day of June, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge