IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GENE GERDES and ALICE GERDES, ) | |
| ) | |
| Plaintiffs, ) | 7:06CV5002 |
| ) | |
| v. ) | |
| ) | ORDER |
| MILDRED KITTELMANN, RANDY ) | |
| KITTELMANN, MONTE KITTELMANN, ) | |
| and BRUCE KITTELMANN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the court is Special Master Howard Olsen, Jr.'s Statement of Final Billing (Filing No. 49). The court finds the Special Master's fees and expenses are reasonable. Accordingly,

IT IS ORDERED that the Clerk of Court is authorized to pay $4,174.75 to Howard Olsen, Jr. for his fees and expenses incurred as Special Master in this matter. Further, the Clerk of Court shall distribute equally between the parties the remaining funds held by it, plus interest, and less the fee authorized by NECivR 67.1(c) and any pending court costs.

DATED this 24th day of October, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge