IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GENE GERDES and ALICE GERDES, | 7:06CV5002 |
| Plaintiff, | |
| V. | **MEMORANDUM AND ORDER** |
| MILDRED KITTELMANN, RANDY KITTELMANN, MONTE KITTELMANN, and BRUCE KITTELMANN, | |
| Defendants. | |

Special Master Howard Olsen, Jr., was granted an exemption from PACER fees "for purposes of this matter only and only for the duration of this matter." Memorandum and Order entered on March 31, 2011 (Filing No. 42). Now that the Statement of Final Billing has been entered and the case is closed, Mr. Olsen's PACER fee exemption will be terminated.

IT IS THEREFORE ORDERED that:

1. Special Master Howard Olsen's exemption from payment of PACER fees in connection with this matter (Filing No. 42) is terminated.

2. The clerk of the court is directed to send a copy of this memorandum and order to the PACER Service Center in San Antonio, Texas.

October 24, 2011.                    BY THE COURT:

                                     s/ Joseph F. Bataillon
                                     Chief United States District Judge